**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
SEPTEMBER 20, 2022 SESSION**



SEALED
FILED
SEP 21 2022
RORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.

CRIMINAL NO. 2:22-cr-00184
18 U.S.C. § 242
18 U.S.C. § 1512(b)(3)
18 U.S.C. § 1001

**ANTHONY DEMETRO**

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

1. At all relevant times, defendant ANTHONY DEMETRO served as a Parole Officer with the West Virginia Division of Corrections and Rehabilitation in Parkersburg, Wood County, West Virginia.

2. On or about April 23, 2021, Victim 1, a person known to the Grand Jury, was a 45-year-old female.

3. On or about April 23, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO, while acting under color of law, willfully deprived Victim 1 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated Victim 1's vulva with his penis without Victim 1's consent. The offense resulted in bodily injury to Victim 1.

In violation of Title 18, United States Code, Section 242.

## COUNT TWO

1. At all relevant times, defendant ANTHONY DEMETRO served as a Parole Officer with the West Virginia Division of Corrections and Rehabilitation in Parkersburg, Wood County, West Virginia.

2. On or about April 16, 2021, Victim 1, a person known to the Grand Jury, was a 45-year-old female.

3. On or about April 16, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO, while acting under color of law, willfully deprived Victim 1 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated Victim 1's mouth with his penis without Victim 1's consent. The offense included aggravated sexual abuse and attempted aggravated sexual abuse.

In violation of Title 18, United States Code, Section 242.

## **COUNT THREE**

1. At all relevant times, defendant ANTHONY DEMETRO served as a Parole Officer with the West Virginia Division of Corrections and Rehabilitation in Parkersburg, Wood County, West Virginia.

2. On or about April 9, 2021, Victim 1, a person known to the Grand Jury, was a 45-year-old female.

3. On or about April 9, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO, while acting under color of law, willfully deprived Victim 1 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated Victim 1's mouth with his penis without Victim 1's consent.

In violation of Title 18, United States Code, Section 242.

## **COUNT FOUR**

1. At all relevant times, defendant ANTHONY DEMETRO served as a Parole Officer with the West Virginia Division of Corrections and Rehabilitation in Parkersburg, Wood County, West Virginia.

2. On or about October 8, 2021, Victim 2, a person known to the Grand Jury, was a 38-year-old female.

3. On or about October 8, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO, while acting under color of law, willfully deprived Victim 2 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he grabbed and fondled Victim 2's breasts with his hands and pinched her nipple without Victim 2's consent and without a legitimate law enforcement purpose. The offense resulted in bodily injury to Victim 2.

In violation of Title 18, United States Code, Section 242.

## **COUNT FIVE**

1.  At all relevant times, defendant ANTHONY DEMETRO served as a Parole Officer with the West Virginia Division of Corrections and Rehabilitation in Parkersburg, Wood County, West Virginia.

2.  On or about July 6, 2021, Victim 2, a person known to the Grand Jury, was a 38-year-old female.

3.  On or about July 6, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO, while acting under color of law, willfully deprived Victim 2 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he exposed his penis to Victim 2 and caused Victim 2 to touch his penis and masturbate him without Victim 2's consent.

In violation of Title 18, United States Code, Section 242.

## COUNT SIX

On or about December 8, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO knowingly engaged in misleading conduct toward investigators with the intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a Federal offense, and attempted to do so. Specifically, defendant ANTHONY DEMETRO, during a voluntary interview with an investigator from the West Virginia Division of Corrections and Rehabilitation, falsely denied exposing his penis to Victim 2 inside her bedroom while he was acting in his official capacity; falsely denied making sexual comments to Victim 2 while he was acting in his official capacity; and falsely denied engaging in any misconduct towards Victim 2.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT SEVEN

On or about July 20, 2022, at or near Vienna, Wood County, West Virginia, and within the Southern District of West Virginia, defendant ANTHONY DEMETRO knowingly and willfully made materially false statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States. Specifically, defendant ANTHONY DEMETRO, during a voluntary interview with FBI agents, (1) falsely denied making sexual comments to any parolee; (2) falsely denied exposing his penis to any parolee; (3) falsely denied having any kind of sexual contact with any parolee; (4) falsely denied kissing any parolee; (5) falsely denied touching any parolee's breast; (6) falsely denied having sex with any parolee; (7) falsely denied any parolee ever performing oral sex on defendant ANTHONY DEMETRO; and (8) falsely denied any parolee ever touching defendant ANTHONY DEMETRO's penis.

In violation of Title 18, United States Code, Section 1001.

WILLIAM S. THOMPSON
United States Attorney

By: *[signature]* for
MONICA COLEMAN
Assistant United States Attorney

KRISTEN CLARKE
Assistant Attorney General

By: *[signature]*
KATHRYN E. GILBERT
NIKHIL RAMNANEY
Trial Attorney
Criminal Section
Civil Rights Division